a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOBARIZ SEDIQI #A068-141-888, Petitioner | CIVIL DOCKET NO. 1:25-CV-01020 SEC P |
| VERSUS | JUDGE DRELL |
| U S IMMIGRATION & CUSTOMS ENFORCEMENT, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

### ORDER

Pro se Petitioner Mobariz Sediqi ("Sediqi") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1. Sediqu was ordered to pay the civil filing fee or apply for leave to proceed *in forma pauperis*. ECF No. 4. He was cautioned that the failure to comply by August 15, 2025, would result in the Petition being stricken. *Id.*

To date, Sidiqi has failed to comply with the Order or request an extension of time within which to comply.

Accordingly, IT IS HEREBY ORDERED that the Petition (ECF No. 1) is STRICKEN from the record.

SIGNED on Tuesday, September 16, 2025.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE